**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Radica Petrovic Jagaria

                    Plaintiff,

v.                                          Case No.: 1:26–cv–02946
                                            Honorable John Robert Blakey

Kristi Noem, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2026:

          MINUTE entry before the Honorable John Robert Blakey: The Court takes Defendants' motion to dismiss [8] under advisement, strikes the 6/3/26 Notice of Motion date and the parties' 6/1/26 status report deadline, and instead orders Plaintiff to respond to the motion to dismiss [8] by 6/24/26; Defendants shall file any reply by 7/8/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.